# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| ASHLEY WILLIAMS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO. 3:20-cv-00555 |
| ) | |
| PROFESSIONAL RECOVERY ) | JUDGE CAMPBELL |
| MANAGEMENT, INC. d/b/a FOX ) | MAGISTRATE JUDGE FRENSLEY |
| COLLECTION CENTER, A DOMESTIC ) | |
| CORPORATION, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Pending before the Court is the Magistrate Judge's Report and Recommendation (Doc. No. 23), which was filed on July 22, 2021. Through the Report and Recommendation, the Magistrate Judge recommends that this action be dismissed without prejudice for failure to prosecute. On June 21, 2021, the Magistrate Judge ordered Plaintiff to show cause by July 6, 2021, as to why this action should not be dismissed for failure to prosecute. (Doc. No. 21). Plaintiff did not respond to the show cause order. Although the Report and Recommendation advised the parties that any objections must be filed within 14 days of service, no objections have been filed.

The Court has reviewed the Report and Recommendation and concludes it should be adopted and approved. Accordingly, this action is **DISMISSED** without prejudice.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE